NADINE TYLER, Respondent, v. FRANK C. DILDINE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

VILLAGE OF LYNBROOK, Appellant, v. GEORGE J. CADOO and ANNIE W. CADOO, His Wife, Respondents, and LENA WACHTER, and THOMAS S. CHESHIRE, as Clerk of the County of Nassau, Defendants.— Judgment affirmed, with costs. Young, Kapper and Seeger, JJ., vote for affirmance, being of opinion that the annexation proceedings were void and that, therefore, respondents' property is not within the village; Lazansky, P. J., concurs, but is of opinion that under the Village Law the county clerk was not otherwise warranted in filing respondents' map. The Village Law does not authorize the relief prayed for in paragraph B of the complaint, and to have granted the relief sought in paragraph C would have deprived respondents of their property without due process of law; Carswell, J., dissents.

YONKERS STANDARD EXPRESS Co., INC., Respondent, v. RENATO CRISI, Doing Business under the Registered Trade Name and Style of CRISI & CERCHIONE, Appellant.— Order denying defendant's motion to vacate and set aside judgment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Defendant never appeared in this action. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

CLARA BERKOWITZ, Appellant, v. JACOB BERKOWITZ, Respondent.— Motion for stay denied. Present — Kapper, Rich, Hagarty, Carswell and Scudder, JJ.

DAVID SCHILKE, Appellant, v. JOHN HENRY BOESE and Others, Defendants, and EVELYNE F. FOLEY, Respondent.— Motion for stay denied, without costs, provided that within five days from the entry of the order herein respondent file an undertaking, with corporate surety, in the sum of $1,500, to cover any loss or damage which appellant may suffer thereby in the event that the appeal be successful; otherwise, motion for stay granted, with ten dollars costs; the appeal to be perfected and brought on for argument at the April term. Present — Kapper, Rich, Hagarty, Carswell and Scudder, JJ.

MORRIS BININ, Respondent, v. DORA MILLER, Appellant. (Action No. 1.) MORRIS BININ, Respondent, v. JACOB MILLER, Appellant. (Action No. 2.) (Consolidated actions.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

COSIMO COLANDRIA, as Administrator, etc., of ROCCO COLANDRIA, Deceased, Respondent, v. CHINA MUTUAL STEAM NAVIGATION Co., LTD., Appellant.— Judgment reversed upon the law, with costs, and complaint dismissed, with costs. Plaintiff's decedent was guilty of contributory negligence as a matter of law in proceeding in the dark corridor when there was no special stress of circumstances requiring him to proceed without first finding out whether there were obstructions to his safe progress. Especially is this so, when defendant furnished a safe means of exit that eliminated the necessity of decedent proceeding into the dark corridor. (Rohrbacher v. Gillig, 203 N. Y. 413; Williams v. Trecartin, 166 App. Div. 745.) Hagarty, Seeger, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents and votes to affirm.